UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CONNIE JOHNSON,

    Plaintiff,

v.                                                                                  Case No: 8:17-cv-326-MSS-AAS

DITECH FINANCIAL, LLC,

    Defendant.

## ORDER

On March 15, 2017, the Parties filed a Notice of Settlement, informing the Court that they "have reached a settlement in principle of this action and are in the process of negotiating and executing a written settlement agreement" and requesting that "the Court stay all deadlines and upcoming hearings pending the parties' execution of the written settlement agreement and submission of a stipulation of dismissal." (Dkt. 9) Therefore, it is hereby **ORDERED** that pursuant to Rule 3.08(b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**. After the sixty (60)-day period, the dismissal shall be with prejudice. Any pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 16th day of March, 2017.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any pro se party