UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CONNIE JOHNSON,**

    **Plaintiff,**

**v.**                                                      Case No: 8:17-cv-326-T-35AAS

**DITECH FINANCIAL, LLC,**

    **Defendant.**

_____

## ORDER OF DISMISSAL WITH PREJUDICE

Upon review of the Plaintiff's Notice of Dismissal With Prejudice, (Dkt. 11), advising the Court that the Plaintiff voluntarily dismisses the case with prejudice, and pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE.**  The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** at Tampa, Florida this 29th day of November, 2017.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party